IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:08-cr-435** |
| **v.** | : | |
| **DAMON TODD CAREY** | : | **Judge Sylvia H. Rambo** |

## **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** as follows:

1) Damon Carey's motion for reduction to time served under the Section 404 of the First Step Act (Doc. 157) is **GRANTED**.

2) The sentence imposed by this Court on June 21, 2018, is **HEREBY MODIFIED** to imprisonment for the time already served.

3) The Clerk of Court is **DIRECTED** to issue an amended judgment.

4) The *pro se* Section 2255 motion (Doc. 154) and motion to expedite (Doc. 156) are **DEEMED MOOT**.

                                             s/Sylvia H. Rambo
                                             Sylvia H. Rambo
                                             United States District Judge

Dated: November 20, 2019